

RECEIVED
Court of Appeals

AUG 2 3 2013

Lisa Matz
Clerk, 5th District

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-66,244-02

### EX PARTE LAFARRIS BORENS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. F-05-60566-R IN THE 265TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### OPINION

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to twenty-five years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Borens v. State*, No. 05-07-01516-CR (Tex. App.—Dallas Apr. 15, 2009) (unpublished).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of his right to petition *pro se* for discretionary review. The trial court found that appellate counsel discharged his duties appropriately. We remanded this application to the trial court for findings of

fact and conclusions of law addressing Applicant's claim that he never received counsel's correspondence.

Based on an affidavit from the Texas Department of Criminal Justice, the trial court has entered findings of fact and conclusions of law that Applicant never received notice his conviction had been affirmed. The trial court recommends that relief be granted.

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in Cause No. 05-07-01516-CR that affirmed his conviction in Cause No. F-05-60566-R from the 265th District Court of Dallas County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: August 21, 2013
Do not publish

COURT OF CRIMINAL APPEALS
OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



UNITED STATES POSTAGE

PITNEY BOWES

$ 00.384

02 1R
0002003152    AUG 21 2013
MAILED FROM ZIP CODE 78701

PRESORTED
FIRST CLASS

WR-66,244-02

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE  2ND FLOOR
DALLAS TX  75202

58 KQV—S3B 75202